## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Kirby Thomas Brown, Jr.

Debtor

Chapter 13 No.    14-04273

Judge    LaShonda A. Hunt

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 24, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on April 24, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1027

**SERVICE LIST**

Kirby Thomas Brown, Jr.
20472 Tyler Drive
Lynwood, IL 60411

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, Il 60603